No. 10,992.

CATLIN, ET AL. *v.* MOYNIHAN, DEPUTY BANK COMMIS-
SIONER ET AL.

Decided July 7, 1924.    Rehearing Denied November 10, 1924.

Garnishment proceeding.    Judgment against garnishee.

*Affirmed.*

On Application for Supersedeas.

1.  VERDICT—*Directed—Motion by Both Parties.*    A request by each
    party for a directed verdict, is equivalent to a stipulation that
    the facts may be found by the court, and the court's findings
    thereon are conclusive if supported by evidence.

*Error to the County Court of Montrose County, Hon. S. S.
Sherman, Judge.*

Messrs. CATLIN & CATLIN, for plaintiffs in error.

Messrs. MOYNIHAN, HUGHES, KNOUS & FAUBER, for de-
fendants in error.

*Department Two.*

MR. JUSTICE WHITFORD delivered the opinion of the court.

A VERDICT for $50 was directed by the court against the
plaintiff in error as garnishee.    After the evidence was all
in and both plaintiff and defendant had rested, each side
requested the court to direct a verdict in his favor.    We
said, in *Auto Co. v. Petter,* 72 Colo. 570, 212 Pac. 823, that
"a request by each party for a directed verdict is equiva-
lent to a stipulation that the facts may be found by the
court.    The court's finding, thereupon made, is conclusive
if there is evidence to support it."    There was some con-
flict in the testimony, but there was abundant evidence to
justify the finding in favor of plaintiff below.

We find no reversible error in the record. Supersedeas denied, judgment affirmed.

MR. JUSTICE ALLEN, sitting for MR. CHIEF JUSTICE TELLER, and MR. JUSTICE DENISON concur.